## Appeal of FITCHBURG STEAM ENGINE     Docket No. 433. CO.

Submitted December 10, 1924; decided December 23, 1924.

*Samuel Freedman, Esq.*, for the taxpayer.

*Willis D. Nance, Esq.* (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before IVINS, KORNER, and MARQUETTE.

The taxpayer appealed from a deficiency in income and profits taxes found by the Commissioner against it for the fiscal year ended April 30, 1920.

Counsel presented a stipulation by which the parties agreed that the Board shall determine the deficiency in the sum of $23.31, upon which the Board hereby makes the following

DECISION.

The deficiency is determined to be $23.31 and the balance of the deficiency determined by the Commissioner is disallowed.